IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA S. COSTANZO and VINCENT COSTANZO,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., d/b/a THE ST. KITTS MARRIOTT RESORT & THE ROYAL BEACH CASINO,<br><br>Defendants. | CASE NO. 8:10cv00356<br><br>ORDER REMANDING CASE TO STATE COURT |

THE COURT having reviewed the record finds as follows:

On or about September 21, 2010, Defendant filed a Notice of Removal from the District Court of Douglas County, Nebraska, based on diversity of citizenship (filing No. 1). On or about October 21, 2010, Plaintiff filed a Motion to Remand and asserted the case does not meet the threshold jurisdictional amount necessary for federal jurisdiction (filing No. 5). Thereafter, Defendant filed a Motion to Remand and Withdrawal of Notice of Removal (filing No. 6).

THE COURT hereby remands the case to the District Court of Douglas County, Nebraska. Each party to pay their own costs and attorney fees related to the removal and remand.

Date:   November 4, 2010                                                BY THE COURT:


                                                                         *s/ Joseph F. Bataillon*
                                                                         Chief District Judge